IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Glenda A. Bailey, | ) | |
| | ) | C.A. No. 6:09-cv-02013-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Faurecia, Jerry Saunders, and Curly King | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on the plaintiff's motion for an extension of time [Doc. # 97] and the defendants' motions to dismiss [Docs. # 54, 87]. The plaintiff is proceeding *pro se.* The Magistrate Judge's Report and Recommendation [Doc.# 98], filed on December 1, 2010, recommends that the plaintiff's motion for an extension of time be denied, that the plaintiff's complaint be dismissed with prejudice and that the defendants' motions to dismiss be granted. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28U.S.C.§636(b)(1).

After receiving the Magistrate Judge's Report and Recommendation on the defendants' Motion for Summary Judgment, the plaintiff timely filed objections. Objections to the Report and Recommendation must be specific. Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. *See United States v. Schronce*, 727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of specific objections to the Magistrate Judge's Report and Recommendation, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The plaintiff submitted a one-page objection in which she objected to exhibits D and G. The plaintiff further objected to Mrs. Schrumpert's statements and failure to question certain people concerning the alleged incidents. Upon review, the court finds that the plaintiff's objections are non-specific and unrelated to the dispositive portions of the Magistrate Judge's Report and Recommendation. Therefore, after a thorough review of the Magistrate Judge's Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein.

It is therefore **ORDERED** that the plaintiff's motion for an extension of time [Doc. # 97] is denied. It is further **ORDERED** that the defendants' motions to dismiss [Docs. # 54, 87] are granted and the plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                                s/ J. Michelle Childs
                                                                United States District Judge

Greenville, South Carolina
January 19, 2011